**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2848 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 170 DB 2021 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 67136 |
| ANDREW S. HURWITZ, | : | |
| | : | |
| Respondent | : | (Montgomery County) |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 25th day of February, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is **GRANTED**, and Andrew S. Hurwitz is suspended on consent from the Bar of this Commonwealth for a period of six months. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).